UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRES REYES SANCHEZ (A-094-371-154),

Petitioner,

v.

TONYA ANDREWS, et al. ,

Respondents.

No. 1:26-cv-8572 DC CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the following reasons, petitioner is ordered to show cause why this action should not be dismissed as moot.

On October 21, 2026, the district court ordered respondents to file an opposition or statement of non-opposition to petitioner's motion for temporary restraining order, and petitioner may file a reply by November 6, 2026. (ECF No. 6.) On October 23, 2026, respondents filed a motion to dismiss and indicated that the Department of Homeland Security ("DHS") was ready to execute petitioner's removal. (ECF No. 8 at 2.) Petitioner did not file an opposition or a reply. (See Docket.) On November 6, 2026, the district court denied the motion for temporary restraining order and referred this matter to the magistrate judge. (ECF No. 9.)

///

Although it appears from the file that petitioner's copy of the minute order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Finally, according to the government's official DHS United States Immigration and Customs Enforcement Online Detainee Locator System website, as of November 16, 2026, petitioner is currently not in DHS custody.[1] See https//locator.ice.gov/odis.

Therefore, petitioner is ordered to show cause why the instant action should not be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: November 18, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

2/sanc8572.osc.2241.imm

---

[1] The court may take judicial notice of facts that are "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b), including undisputed information posted on official websites. Daniels-Hall v. National Education Association, 629 F.3d 992, 999 (9th Cir. 2010). The U.S. Immigration and Customs Enforcement department maintains an Online Detainee Locator System and its website is an official website of the DHS of the United States Government. The address of this official website is https//locator.ice.gov/odis.